**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1334**

———————

NATIONAL GRANGE MUTUAL INSURANCE COMPANY,

Plaintiff - Appellee,

and

WOW, INCORPORATED, t/a Insurance Center of
Williamsburg; DEBORAH BRESNAHAM,

Third Party Defendants - Appellees,

versus

RICHARD LYNWOOD CHISMAN, a/k/a Bay; JOYCE ANN
CHISMAN,

Defendants - Appellants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-99-362-3)

———————

Submitted: December 20, 2000      Decided: January 8, 2001

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth L. Roberts, ROBERTS & ROBERTS, P.C., Newport News, Virginia, for Appellants. Robert Tayloe Ross, Michael L. Rigsby, MIDKIFF MUNCIE & ROSS, P.C., Richmond, Virginia; Douglas M. Palais, MCCANDLISH, KANE & GRANT, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Lynwood Chisman and Joyce Ann Chisman appeal from the district court's order granting summary judgment in favor of the Appellees in this action in which National Grange Mutual Insurance Company sought a declaration that the insurance policy it issued to the Chismans was void. We have reviewed the parties' briefs, the joint appendix, the supplemental joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>National Grange Mut. Ins. Co. v. Chisman</u>, No. CA-99-362-3 (E.D. Va. Feb. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>